IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SALVATORE VACCARO, individually and on behalf of others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:18-cv-06574 |
| v. | ) ) | Hon. Robert W. Gettleman |
| TICKETMASTER, L.L.C., | ) ) ) | JURY DEMANDED |
| Defendant. | ) | |

**STIPULATION TO DISMISS**

The parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the above-captioned matter with prejudice, with each party to bear their own attorneys' fees, costs and expenses.

Respectfully submitted,
Plaintiffs, Salvatore Vaccaro                                                Defendant, Ticketmaster, L.L.C.

By:   */s/ Heather L. Blaise*                             By:   */s/ Michael J. Faris*
         One of his attorneys                                          One of its attorneys

Heather L. Blaise (6298241)                                Michael J. Faris (6204179)
Blaise & Nitschke, P. C.                                        Latham & Watkins, LLP
123 N. Wacker Drive, Suite 250                          330 N. Wabash Avenue, Suite 2800
Chicago, Illinois 60606                                          Chicago, Illinois 60611
T: (312) 448-6602                                                   T: (312) 876-7700
F: (312) 803-1940                                                   F: (312) 993-9767
hblaise@blaisenitschkelaw.com                         michael.faris@lw.com